UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, <br>     Plaintiff, <br> v. <br> BODH KUNWAR, et al., <br>     Defendants. | Case No. 19-cv-03256-HSG <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING** <br><br> Re: Dkt. Nos. 14, 15 |

On September 23, 2019, the Court set a telephonic conference to discuss the parties' notice of settlement in this action. *See* Dkt. No. 12. However, Plaintiff's counsel failed to attend the October 1 telephonic conference. *See* Dkt. No. 13. The Court subsequently issued an order to show cause why Plaintiff's counsel should not be sanctioned for her failure to attend the telephonic conference, and why a 60-day conditional dismissal is not warranted in light of the parties' settlement. *See* Dkt. No. 14. Plaintiff's counsel failed to respond to the order to show cause by the October 8, 2019, deadline. Only after the Court set a hearing on the order to show cause, *see* Dkt. No. 15, did Plaintiff's counsel finally respond that she had inadvertently missed both the telephonic conference and the order to show cause deadline. *See* Dkt. No. 18.

Because Plaintiff's counsel has explained that she has since taken remedial measures to ensure this does not happen again, *see id.* at ¶ 13, the Court **DISCHARGES** the order to show cause and **VACATES** the hearing set for October 15, 2019, at 2:00 p.m.

//

//

//

//

Nevertheless, the Court has recognized a pattern of missed deadlines by Ms. Seabock and the Center for Disability Access, and Plaintiff's counsel is advised that she and her firm will be subject to sanctions for any failure to meet deadlines in the future, in this or any other case before the Court.

**IT IS SO ORDERED.**

Dated: 10/15/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge